**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DISH NETWORK L.L.C., et al.,**

      **Plaintiffs,**

**v.**                                   **Case No.  8:11-cv-308-T-30EAJ**

**I.E. ENTERTAINMENT, INC., et al.,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Temporary Restraining Order (Dkt. #2) and the filings in support of same.  One of the requirements to receive a temporary restraining order without notice is to state any efforts made to provide notice of the temporary restraining order and the reasons why notice should not be given. *See* Fed. R. Civ. P. 65(b).  Here, Plaintiffs' filings do not describe any efforts they made to provide Defendants with notice or why Defendants should not receive notice of Plaintiffs' Motion for Temporary Restraining Order.

Accordingly, it is ORDERED AND ADJUDGED that:

1.      Plaintiffs' Motion for Temporary Restraining Order (Dkt. #2) is DENIED.

2.      This case is set for a hearing on Plaintiffs' request for a preliminary injunction before Magistrate Judge Elizabeth A. Jenkins on WEDNESDAY, MARCH 2, 2011, at 9:00

a.m. at the Sam Gibbons U. S. Courthouse, Courtroom #11A, 801 North Florida Avenue, Tampa, Florida 33602.

     3.    Service of all filings shall be effectuated upon Defendants by Monday, February 21, 2011.

     **DONE** and **ORDERED** in Tampa, Florida on February 15, 2011.

                                JAMES S. MOODY, JR.
                                UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-308.deny TRO.frm