UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
and NAGRASTAR LLC,

      **Plaintiffs,**

v.                          **Case No. 8:11-cv-308-T-30-EAG**

I.E. ENTERTAINMENT, INC.,
LARRY HYMAN,
IAN JONES,
and ERIC JOHNSON, all individually
and d/b/a ABADSS.COM

      **Defendants.**
_____/

## ORDER DISMISSING DEFENDANT LARRY HYMAN
## WITHOUT PREJUDICE

Having considered Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "Plaintiffs") and Defendants Larry Hyman ("Hyman"), I.E. Entertainment, Inc., ("I.E. Entertainment"), and Eric Johnson's ("Johnson") Joint Stipulation of Agreed Dismissal of Defendant Larry Hyman Without Prejudice (hereinafter, "Joint Stipulation"), this Court, after considering the record in this case and the applicable law, finds that the Joint Stipulation is meritorious and should be **GRANTED**.

Accordingly, and upon consideration, it is **ORDERED and ADJUDGED** that:

1) Hyman is dismissed from this case without prejudice;

2) The statute of limitations for any claim that Plaintiffs may subsequently re-file against Hyman shall relate back to the filing of Plaintiffs' Original Complaint (Dkt. 1, filed February 15, 2011) in this case;

3) Hyman and I.E. Entertainment's Memorandum in Opposition to Plaintiffs' Request for Preliminary Injunction and the declarations of Eric Johnson and Steve Hasselbach

(Dkts. 34-38) are moot and withdrawn in their entirety, immediately; and

4) Each Party to bear its own costs in connection with this Joint Stipulation.

**DONE AND ORDERED** in Tampa, Florida this ___11___ day of ___April___, 2011.


_____
Hon. James S. Moody, Jr.
United States District Court Judge