**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DISH NETWORK L.L.C.,**
**ECHOSTAR TECHNOLOGIES L.L.C.,**
**and NAGRASTAR LLC,**

    Plaintiffs,

v.                                           Case No. 8:11-cv-308-T-30-EAJ

**I.E. ENTERTAINMENT, INC.,**
**LARRY HYMAN, IAN JONES, and**
**ERIC JOHNSON, all individually**
**and d/b/a ABADSS.COM,**

    Defendants.
_____/

## PRELIMINARY INJUNCTION

Having considered the Joint Motion for Entry of Agreed Preliminary Injunction (Dkt. #68) filed by Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network") and Defendants Larry Hyman, I.E. Entertainment, Inc. ("I.E. Entertainment"), and Eric Johnson ("Johnson"), as well as the court file in this matter and applicable law, this Court finds that good cause has been shown and hereby ORDERS that:

1. The Joint Motion for Entry of Agreed Preliminary Injunction (Dkt. #68) is GRANTED.

2. I.E. Entertainment and Johnson are hereby ENJOINED from the following:

    a. Offering to the public, providing, modifying, or otherwise trafficking in any software that is used in circumventing DISH Network's security technology or decrypting DISH Network programming without authorization (hereinafter "Pirate Software"), or allowing Pirate Software on www.abadss.com or any other website owned or operated by I.E. Entertainment or Johnson. For purposes of this injunction, email or private messages that discuss Pirate Software and which are

exchanged on www.abadss.com by persons other than I.E. Entertainment or Johnson will not constitute a violation of the injunction by I.E. Entertainment or Johnson;

b.     Using Pirate Software or any other technology to circumvent DISH Network's security technology or decrypt DISH Network programming without authorization;

c.     Destroying, hiding, or removing records in any form (including electronic form) that evidence, refer, or relate to Pirate Software, on a going forward basis, including documents that identify or may be used to quantify the Pirate Software offered or distributed by I.E. Entertainment, and all documents that concern persons involved in designing, manufacturing, distributing, or receiving Pirate Software.

3.     I.E. Entertainment and Johnson will prominently display a banner approved by DISH Network on the home page of www.abadss.com and all sub-domains instructing the website's members, moderators, administrators, employees, officers, directors, shareholders, and visitors not to upload any software, firmware, file or other technology to www.abadss.com that can be used in the circumvention of DISH Network's security system or the unauthorized decryption of DISH Network programming.

4.     I.E. Entertainment and Johnson will continue to send all files uploaded on www.abadss.com to a moderation queue to be reviewed by site moderators before being made available to site users. I.E. Entertainment and Johnson must preserve, going forward, all evidence that relates to such files and the person providing the file. I.E. Entertainment and Johnson must notify DISH Network when a person attempts to upload Pirate Software, and in that notification disclose to DISH Network all information that may be used to identify the person providing the file.

5. DISH Network may provide written notice to I.E. Entertainment, through its Custodian Larry Hyman, of any Pirate Software on www.abadss.com.  Once such written notice is received, I.E. Entertainment will have forty-eight (48) hours to remove the Pirate Software.

6. This preliminary injunction applies to I.E. Entertainment and Johnson, and all others acting in concert with I.E. Entertainment or Johnson who receive notice of this order.

7. This preliminary injunction takes effect immediately, and shall remain in effect pending entry of final judgment in this matter or further order of this Court.

DONE and ORDERED in Tampa, Florida on April 12, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record